# EXHIBIT D

# EXHIBIT D

**From:** Fletcher Alford <falford@grsm.com>
**Sent:** Wednesday, February 12, 2025 5:13 PM
**To:** Lindsey Grunert <lgrunert@kotchen.com>; Dan Kotchen <dkotchen@kotchen.com>; dlow@kotchen.com; aburns@kotchen.com
**Cc:** Kevin Liu <kliu@grsm.com>; Myles Lanzone <mlanzone@grsm.com>
**Subject:** Howington - Proposed SAC

Hi Lindsey and team,

After careful consideration and discussion on our side, we are very concerned that portions of the proposed second amended complaint are manifestly inappropriate for inclusion in a pleading. These include lurid, inflammatory accounts of alleged incidents that have no conceivable bearing on the claims pleaded. Some of these accounts include names of non-parties, and purport to reveal private, confidential information about them. Several include information that clearly was gleaned in violation of certain of the plaintiffs' duties of confidentiality to the defendants. And all of them appear to have no purpose other than to slander the defendants and promote scandal.

We've identified some of the most concerning of those allegations, and have highlighted them for you in the attached. Please let me know if plaintiffs are willing to excise those allegations from the draft before submitting it to the court with a request for leave to amend. Alternatively, we would be willing to discuss with you a joint motion to seal those allegations pending further ruling from the court.

If we can't reach agreement on excision of the highlighted passages, we intend to raise this issue with the court by way of an appropriate motion – and should that become necessary, we reserve the right to identify for the court additional provisions beyond those highlighted in that attached that we also believe are impermissible.

Please confirm that you will not lodge or otherwise submit the proposed first amended complaint in the Court's public file without advance notice while we discuss these issues and seek a negotiated resolution.

I look forward to hearing back from you.

Sincerely,

Fletcher