UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al.,<br><br>　　　　Defendants. | Case No.  24-cv-05684-VKD<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES RE MOTION TO FILE SECOND AMENDED COMPLAINT** |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of motion papers "no later than the close of the next court day following the day that the paper was electronically filed."  Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of the opening motion and supporting papers for plaintiffs' February 27, 2025 "Motion for Leave to File Second Amended Complaint" (Dkt. No. 37).  By **March 19, 2025**, plaintiffs shall deliver chambers copies of their motion and supporting papers in accordance with this Court's Standing Order Re Civil Cases.  With respect to the forthcoming reply papers, plaintiffs shall deliver chambers copies in accordance with this Court's Standing Order re Civil Cases.

**IT IS SO ORDERED.**

Dated: March 18, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge