UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al.,<br><br>    Defendants. | Case No. 24-cv-05684-VKD<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

The Court sets a discovery status conference for **July 3, 2025, 10:00 a.m.** via Zoom, at which the Court will address the parties' discovery-related conduct. Lead counsel are required to attend the conference. No further discovery-related filings may be made by any party before the July 3, 2025 conference.

**IT IS SO ORDERED.**

Dated: June 30, 2025

Virginia K. DeMarchi
United States Magistrate Judge