Daniel Low (Bar #218387)
**KOTCHEN & LOW LLP**
1918 New Hampshire Avenue NW
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128
Email: dlow@kotchen.com

*Attorney for Plaintiffs and Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Deborah Howington, James Perry, Elena Huizar, Lacey Bostick, Modupe Adesemoye, Marc Popisteanu, Nicole Carrier, Michael Winn, Edward McKinley, Wendy Lara Prieto, Luis Zepeda, Phillip Sterbinsky, Samuel Langley, Kevin Driggs, Michelle Bernardo, Victoria Teixeria, Antonio Fisher, Jyni Wyse, Marcus Hernandez, Hunter Haley, Mark Lindley, Terrence Holmes, David Amiri, Alex Vonica, Kerrick Brookins, Ronald Bruner, Rosalie Kitagawa, and Cody Block, <br><br> Plaintiffs, <br> v. <br><br> Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation and TSMC Washington, LLC, <br><br> Defendants. | Case No. 5:24-cv-5684-VKD <br><br> **NOTICE OF CONSENT TO FILE SECOND AMENDED COMPLAINT ADDING TITLE VII CLAIMS ON BEHALF OF CERTAIN PLAINTIFFS** |

1

Plaintiffs hereby provide notice that, pursuant to Fed. R. Civ. P. 15(a)(2), Defendants have consented, in writing, to amendment of the concurrently filed Second Amended Complaint, allowing the following amendments to the pleading: (1) adding Title VII claims on behalf of Plaintiffs Michelle Bernardo, Victoria Teixeira, Antonio Fisher, Jyni Wyse, Marcus Hernandez, Mark Lindley, Terrence Holmes, David Amiri, and Rosalie Kitagawa who exhausted their Title VII administrative remedies during the pendency of Plaintiffs' Motion for Leave to Amend (Dkt. 37) by filing Charges of Discrimination with the Equal Employment Opportunity Commission against TSMC, and receiving a Notice of Right to Sue; and (2) changing the references to "Mr. Joy" to "Ms. Joy" in Paragraphs 296, 297, and 298 of the Second Amended Complaint.

DATED: June 30, 2025				Respectfully submitted,

						By: /s/Daniel Low
						Daniel Low, SBN 218387
						**KOTCHEN & LOW LLP**
						1918 New Hampshire Avenue NW
						Washington, DC 20009
						Telephone: (202) 471-1995
						Email: dlow@kotchen.com

						*Attorney for Plaintiffs and Putative Classes*