UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al.,<br><br>  Defendants. | Case No. 24-cv-05684-VKD<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE** |

The Court will hold a status conference on the progress of discovery on **January 13, 2026 at 1:30 p.m**. via Zoom video conference.  That parties shall file a joint status report by **January 6, 2026**.  The purpose of the status report is to advise the Court of the status of discovery, including progress made to date and discovery remaining to be completed.  The status report may not be used to argue discovery disputes.

**IT IS SO ORDERED.**

Dated: November 19, 2025

Virginia K. DeMarchi
United States Magistrate Judge