United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al.,<br><br>Defendants. | Case No. 24-cv-05684-VKD<br><br>**ORDER RE FEBRUARY 4, 2026 DISCOVERY DISPUTE RE PLAINTIFF BERNARDO'S DEPOSITION**<br><br>Re: Dkt. No. 122 |

The parties ask the Court to resolve their dispute regarding whether defendants are entitled to re-open plaintiff Michelle Bernardo's deposition, and if so, whether defendants are entitled to additional time in excess of the 7-hour limit set in Rule 30(d)(1) of the Federal Rules of Civil Procedure. Dkt. No. 122. The Court held a hearing on this dispute on February 10, 2026. Dkt. No. 126.

For the reasons explained on the record, the Court concludes that during a portion of her deposition on January 5, 2026, Ms. Bernardo responded to defendants' questioning in a manner that impeded, delayed, and frustrated defendants' fair examination of her. *See* Fed. R. Civ. P. 30(d)(2). Having reviewed the entire transcript of the January 5, 2026 deposition, the Court estimates that Ms. Bernardo's conduct wasted approximately 30 minutes of examination time. Accordingly, the Court orders Ms. Bernardo to submit to a further deposition. Unless the parties agree otherwise, the deposition shall be conducted in person in Phoenix, Arizona; it shall be scheduled for a date, time, and location that minimizes the inconvenience for Ms. Bernardo and plaintiffs' counsel; and it shall not exceed approximately 3 hours of examination on the record (i.e., the 2.5 hours remaining of the 7 hours permitted by Rule 30(d)(1), plus an additional 0.5

hours).

In her further deposition, the Court expects Ms. Bernardo to answer truthfully and accurately, and in a non-evasive manner, all proper questions posed by defendants' counsel.

**IT IS SO ORDERED.**

Dated: February 11, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California