**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Eric Dreiband is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____ April 2, 2026 _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE
Case No. 5:24-cv-05684-VKD