UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al., | Case No. 24-cv-05684-VKD |
| Plaintiffs, | |
| v. | **ORDER EXTENDING CASE MANAGEMENT DEADLINES** |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al., | |
| Defendants. | |

As discussed at the June 16, 2026 status conference, the Court extends case deadlines as follows:

| | |
|---|---|
| Deadline for completion of fact discovery relevant for class certification, including depositions | November 6, 2026 |
| Plaintiffs file class certification motion[1] | December 1, 2026 |
| Defendants file opposition to class certification[2] | February 2, 2027 |
| Plaintiffs file reply re class certification | March 23, 2027 |
| Hearing on plaintiffs' class certification motion | April 13, 2027, 10:00 a.m. |

//

---

[1] Promptly after filing their class certification motion, plaintiffs shall make available for deposition any class members who provided supporting declarations but have not been deposed as well as any experts who provided supporting declarations.

[2] Promptly after filing their opposition, defendants shall make available for deposition any class members who provided supporting declarations but have not been deposed as well as any experts who provided supporting declarations.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: June 16, 2026

Virginia K. DeMarchi
United States Magistrate Judge