United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH HOWINGTON, et al., | Case No. 24-cv-05684-VKD |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFFS TO DELIVER CHAMBERS COPIES** |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., et al., | Re: Dkt. Nos. 153, 154, 155 |
| Defendants. | |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed." Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of the parties' July 7, 2026 discovery disputes (Dkt. Nos. 153, 154, 155) filed by plaintiffs. This is the third occasion on which plaintiffs have failed to comply with the Court's requirement regarding delivery of chambers copies. *See* Dkt. Nos. 45, 84. By **4:00 p.m. on July 10, 2026**, plaintiffs shall deliver chambers copies of those filings in accordance with this Court's Standing Order for Civil Cases. The Court admonishes plaintiffs and their counsel for their repeated failure to comply.

**IT IS SO ORDERED.**

Dated: July 9, 2026

Virginia K. DeMarchi
United States Magistrate Judge